IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-0090** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **FRED CROWDER, III,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of March, 2019, upon consideration of defendant's motion (Doc. 63) to continue trial, which is concurred in by counsel for the government, and the court adopting the reasons set forth therein, finds that a continuance of the trial date is warranted for the purposes of ensuring continuity of counsel for defendant and permitting defendant's change of plea proceeding, which is schedule for April 11, 2019, to be accomplished, and the court concluding, after careful consideration of all relevant factors, that such circumstances outweigh the interests of the public and the defendant to a speedy trial, it is hereby ORDERED that defendant's motion to continue (Doc. 63) is GRANTED.  **Jury selection and trial in the above-captioned case are continued from April 8, 2019, to Monday, May 6, 2019, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, pending completion of the anticipated change of plea.

The Court specifically finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.   The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

/S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania